1 | Odalis C. Suarez, State Bar #134396
**LAW OFFICES OF ODALIS C. SUAREZ**
2 | 2816 Honolulu Ave.
Verdugo City, CA 91046
3 | (818) 240-3411

4 | Attorney for Plaintiff

# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHARON DOBBINS<br>Plaintiff,<br>VS.<br><br>ROMANO'S MACARONI GRILL; IGNITE RESTAURANT GROUP, INC.; MAC ACQUISITION, LLC.; MAC ACQUISITION, LLC d.b.a. ROMANO'S MACARONI GRILL; BRINKER INTERNATIONAL, INC; BRINKER RESTAURANT CORPORATION, AND DOES 1 THROUGH 100 INCLUSIVE<br><br>Defendants. | CASE NO. CV14-02267-RGK (FFMX)<br><br>ORDER ON STIPULATION TO REMAND |

This matter is before the Court regarding a Stipulation to remand this matter back to state court.

    1.    Plaintiff filed her Complaint on January 29, 2014 in Los Angeles Superior Court under case no. BC534600. Plaintiff's Complaint alleges (1) negligence; (2) an American Disabilities Act ("ADA") cause of action; (3) California Civil Code Sections 51-54.1, (Unruh Civil Rights Act). Ignite was served on February 26, 2014.

2. Ignite removed Plaintiff's Complaint to the above-entitled Court on March 27, 2014. The Court gave notice of removal of Plaintiff's Complaint electronically on March 28, 2014.

3. Ignite purchased the operations of Defendant, Mac Acquisition, LLC ("Mac.") Ignite appeared in the above entitled case for itself, Mac and Defendant, Romano's Macaroni Grill.

4. The parties entered into a stipulation to attempt to amend the complaint on April 2, 2014. Plaintiff filed a First Amended complaint on April 10, 2014. The first amended complaint alleges all actions relating to state statutes and in particular Civil Code §51, 52, 53, 54 and negligence only.

5 Based on the filing of the First Amended Complaint, the parties have agreed and hereby stipulate to remand this matter back to state court. The parties request the court order this matter back to state court. Ignite may file its responsive pleading in state court within fifteen (15) days of remand.

For the foregoing reasons, the Court finds there is good cause to approve the parties Stipulation to remand this matter back to state court and the court so orders the matter remanded.

IT IS SO ORDERED.

DATED: April 16, 2014

By *[signature: Gary Klausner]*
R. GARY KLAUSNER
United States District Judge